Dismissed and Opinion filed April 24, 2003









Dismissed and Opinion filed April 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01157-CV

____________

 

MARICELA MORALES JIMENEZ AND SERGIO
JIMENEZ, Appellants

 

V.

 

URBANO MARTINEZ, Appellee

 



 

On Appeal from the 278th District Court

Walker
County, Texas

Trial
Court Cause No.  21,261-C

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 9, 2002.

On April 7, 2003, appellants filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 24, 2003.

Panel consists of Justices
Anderson, Seymore and Guzman.